Irene SMITH, Appellant, v. E. A. LYNCH, Trustee in Bankruptcy of Irene Smith, Bankrupt, Appellee.

No. 7008.

Circuit Court of Appeals, Ninth Circuit.

Nov. 21, 1932.

Oregon Smith, of Los Angeles, Cal., for petitioner.

Before WILBUR and SAWTELLE, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon consideration of petition of Irene Smith for allowance of appeal under section 24b of the Bankruptcy Act, 11 USCA. § 47 (b), it is ordered that said petition be, and hereby is, denied, because it was filed after expiration of thirty-day period.

STASO MILLING COMPANY, Appellant, v. Lyman FLOWERS.

No. 9604.

Circuit Court of Appeals, Eighth Circuit.

Sept. 12, 1932.

Charles M. Polk and Charles P. Williams, both of St. Louis, Mo., for appellant.

Everett Hullverson, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed, judgment of United States District Court reversed, and cause remanded to District Court, per stipulation of parties.

Robert A. STRANAHAN v. Gilson D. LIGHT, as Sheriff of Lucas County, Ohio.

No. 6287.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1932.

Marshall, Melhorn, Marlar & Martin and Tracy, Chapman & Welles, all of Toledo, Ohio, for appellant.

Baker, Hostetler, Sidlo & Patterson, of Cleveland, Ohio, and Fraser, Hiett, Wall & Effler, of Toledo, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellee.

Will STRATTON, A. C. Dunn, and J. R. Dillingham v. UNITED STATES.

No. 6306.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

John W. Hilldrop, of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.